UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JOSHUA RENE FLORES,
Institutional ID No. 638941

    Plaintiff,

v.

LUBBOCK COUNTY JAIL,

    Defendant.

No. 5:22-CV-00049-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated May 4, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge